# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL COLEMAN, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:17-CV-119-SNLJ |
| EXXON MOBIL CORPORATION, REEVES BOOMLAND, INC., and BI-STATE SOUTHERN OIL COMPANY | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum and Order entered today, this matter is hereby DISMISSED in its entirety.

So ordered this __13th__ day of April 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1